CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

DEC 12 2008

JOHN F. CORCORAN, CLERK
BY: /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **HENRY CHRISTIAN OLSEN,** Petitioner, | Civil Action No. 7:08-cv-00582 |
| v. | **FINAL ORDER** |
| **GENE M. JOHNSON, DIRECTOR,** Respondent. | By: Hon. James C. Turk Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice as successive and this action is stricken from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 12th day of December, 2008.

/s/ James C. Turk
Senior United States District Judge